UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21485-CIV-O'SULLIVAN

[CONSENT]

ALBERTO GONZALEZ,

    Plaintiff,

v.

TRANSCORR, LLC, an Indiana
Domestic Liability Company,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court following notice that the parties have reached a full settlement. See Joint Notice of Settlement (DE# 25, 7/19/18). Additionally, the parties consented to magistrate judge jurisdiction for all further proceedings in this case. See Joint Consent to Jurisdiction by a United States Magistrate Judge (DE# 24, 7/19/18). This matter was referred to the undersigned by the Honorable Ursula Ungaro in accordance with 28 U.S.C. § 636(b) (DE# 26, 7/20/07). Accordingly, it is

ORDERED AND ADJUDGED that the Settlement Conference set for July 20, 2018 before the undersigned is CANCELLED. It is further

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Friday, July 20, 2018**, at **2:45 PM**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties are permitted to appear by telephone by jointly contacting the undersigned's Chambers at the time of the fairness hearing.**

DONE AND ORDERED in Chambers at Miami, Florida this 20th day of July, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record